FILED BY _____ D.C.

# UNITED STATES DISTRICT COURT

05 DEC 14  AM 10: 58

Thomas M. Gould
Clerk of Court

THOMAS M. GOULD
CLERK, U.S. DISTRICT COURT
W/D OF TN, MEMPHIS

Memphis                901-495-1200
Fax                    901-495-1250
Jackson                901-427-6586
Fax                    901-427-9210

DATE:      December 14, 2005

NOTICE TO ALL PARTIES

RE:        CRIMINAL CASE NO.  05-20193-D/An
           UNITED STATES OF AMERICA vs. Sharon Currington

  ____     RULE 20 (Consent to Transfer of Case for Plea and
           Sentence)

  XX       RULE 40 TRANSFER

Documents, certified copy of Petition for removal hearing, minutes of initial appearance, Order appointing Federal Defender, Order setting conditions of release, bond as to dft, Waiver of Rule 5 hrg, Order hold dft to appear in WD/TN, Notice of transfer pursuant to Rule 5(3)  as to the above-named defendant, have been received from the United States District Court, Eastern District of Michigan. Please refer to document #4 in the case record.

                              Sincerely,

                              Thomas M. Gould,
                              Clerk of Court

                              BY: _____
                                    Deputy Clerk

cc: Mag. S. Thomas Anderson
    Casemanager



UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 5 in case 2:05-CR-20193 was distributed by fax, mail, or direct printing on December 14, 2005 to the parties listed.

---

Camille Reese McMullen
U.S. ATTORNEY'S OFFICE
167 N. Main St.
Ste. 800
Memphis, TN 38103

Honorable Bernice Donald
US DISTRICT COURT