# IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF TENNESSEE
### WESTERN DIVISION

UNITED STATES OF AMERICA,

      Plaintiff,

v.

SHARON CURRINGTON

      Defendant.

FILED BY _____ D.C.

05 DEC 28 PM 3: 47

THOMAS M. GOULD
CLERK, U.S. DISTRICT COURT
W/D OF TN. MEMPHIS

Cr. No. 2:05cr20193-1-DWD

---

## ORDER ON ARRAIGNMENT

---

This cause came to be heard on _December 28, 2005_  The Assistant United States Attorney for this district appeared on behalf of the government, and the defendant appeared in person and with counsel:

NAME: _S. Shankman_____ who is Retained/ Appointed.

The defendant, through counsel, waived formal arraignment and entered a plea of not guilty.

All motions shall be filed within thirty (30) days from the date hereof unless, for good cause shown to a District Judge, such period is extended.

_✓_ The defendant, who is not in custody, may stand on his/her present bond.

_____ The defendant, (not having made bond) (being a state prisoner) (being a federal prisoner) (being held without bond pursuant to BRA of 1984), is remanded to the custody of the U.S. Marshal.

_____
United States Magistrate Judge

Charges: 18:1029(a)(2)
Fraud to obtain credit cards

Assistant U.S. Attorney assigned to case: C. MCMULLEN

The defendant's age is: _32_ .

This document entered on the docket sheet in compliance
with Rule 55 and/or 32(b) FRCrP on _12/29/05_

UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 10 in case 2:05-CR-20193 was distributed by fax, mail, or direct printing on December 29, 2005 to the parties listed.

FPD
FEDERAL PUBLIC DEFENDER
200 Jefferson Ave.
Ste. 200
Memphis, TN 38103

Camille Reese McMullen
U.S. ATTORNEY'S OFFICE
167 N. Main St.
Ste. 800
Memphis, TN 38103

Honorable Bernice Donald
US DISTRICT COURT